UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT D. SANGO,

    Plaintiff,

Case No. 1:15-CV-365

v.

Hon. Gordon J. Quist

UNKNOWN BURNS,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 8, 2016, Magistrate Judge Ray Kent issued a Report and Recommendation that recommended that the Court deny motions filed by each party. Neither party has filed objections to the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge filed February 8, 2016 (ECF No. 30), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 9) and Motion for Temporary Restraining Order (ECF No. 12) are **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 18) is **DENIED**.

Dated: March 2, 2016

            /s/ Gordon J. Quist
           GORDON J. QUIST
      UNITED STATES DISTRICT JUDGE