UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT D. SANGO,

    Plaintiff,                                          Case No. 1:15-CV-365

v.                                                         Hon. Gordon J. Quist

UNKNOWN BURNS, et al.,

    Defendants.
_____/

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Ray Kent's August 1, 2017, Report and Recommendation recommending that the Court grant Defendant's motion to dismiss for lack of prosecution pursuant to Fed. R. Civ. P. 41(b) and deny Defendant's motion for summary judgment as moot. The Report and Recommendation was duly served on the parties on August 1, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the August 1, 2017, Report and Recommendation (ECF No. 49) is **approved and adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss for Lack of Prosecution Pursuant to Fed. R. Civ. P. 41(b) (ECF No. 47) is **GRANTED**, and Defendant's Motion for Summary Judgment (ECF No. 41) is **DENIED AS MOOT**. Plaintiff's complaint is **DISMISSED WITH PREJUDICE** based on Plaintiff's failure to prosecute the case.

This case is **concluded**. A separate judgment will enter.


Dated: August 24, 2017                                                       /s/ Gordon J. Quist
                                                                            GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE